# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Wilbur Lann Pittman

V.    **JUDGMENT IN A CIVIL CASE**

Jone, et al

**CASE NUMBER:**   10cv613-DMS-WVG

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby Dismisses this action sua sponte without prejudice for failing to prepay the $350 filing fee pursuant to 28 U.S.C. 1914(a).

| March 26, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON March 26, 2010